Official Form 4
11/92

# United States Bankruptcy Court
## Eastern District of Tennessee

In re **Liberty Fibers Corporation**
Debtor

Case No. _____

Chapter **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or deptartment of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Georgia Gulf Corporation** <br> **P.O. Box 629** <br> **Plaquemine, LA 70764** | **Adam Bergen** <br> **770-395-4596** <br> **Georgia Gulf Corporation** <br> **P.O. Box 629** <br> **Plaquemine, LA 70764** | **Trade Debt** | | **$520,269.00** |
| **Hills Fuel Company** <br> **P.O. Box 148** <br> **Fries, VA 24330** | **Ralph Shelton** <br> **336-854-1106** <br> **Hills Fuel Company** <br> **P.O. Box 148** <br> **Fries, VA 24330** | **Trade Debt** | **UNLIQUIDATED** | **$329,018.67** |
| **Norfalco Sales, Inc.** <br> **6755 Mississauga Road, Suite 340** <br> **Ontario L2N 7Y2 Canada** | **Pete Brown** <br> **931-359-3470** <br> **Norfalco Sales, Inc.** <br> **6755 Mississauga Road, Suite 340** <br> **Ontario L2N 7Y2 Canada** | **Trade Debt** | | **$240,541.02** |
| **Lewis Hollingsworth, LP** <br> **One Galleria Tower** <br> **13355 Noel Road Suite 1750** <br> **Dallas TX 75240** | **Lewis Hollingsworth, LP** <br> **One Galleria Tower** <br> **13355 Noel Road Suite 1750** <br> **Dallas TX 75240** | | | **$198,847.57** |
| **Morristown Driver's Service** <br> **5520 Jeffery Lane** <br> **Morristown TN 37914** | **Morristown Driver's Service** <br> **5520 Jeffery Lane** <br> **Morristown TN 37914** | | | **$125,272.34** |

Official Form 4
11/92

In re **Liberty Fibers Corporation**,                              Case No. _____

                                Debtor                             Chapter **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or deptartment of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Chemtreat, Inc.**<br>**4461 Cox Road**<br>**Suite 160**<br>**Glen Allen VA  23060** | **Chemtreat, Inc.**<br>**4461 Cox Road**<br>**Suite 160**<br>**Glen Allen VA  23060** | | | **$110,000.00** |
| **Cherokee Millwright Inc**<br>**106 #2 Sugar Hollow Road**<br>**Morristown TN  37813** | **Cherokee Millwright Inc**<br>**106 #2 Sugar Hollow Road**<br>**Morristown TN  37813** | | | **$104,500.90** |
| **Dycho Company**<br>**PO Box 513**<br>**Niota TN  37826** | **Dycho Company**<br>**PO Box 513**<br>**Niota TN  37826** | | | **$101,767.01** |
| **Four Seasons Ground**<br>**William A. Knight**<br>**PO Box 68**<br>**Lowland TN  37778** | **Bill Knight**<br>**423-639-0537**<br>**Four Seasons Ground**<br>**William A. Knight**<br>**PO Box 68**<br>**Lowland TN  37778** | **Trade Debt** | | **$95,220.37** |
| **Trail Energy**<br>**PO Box 220**<br>**Greenback TN  37742** | **Trail Energy**<br>**PO Box 220**<br>**Greenback TN  37742** | | | **$88,932.53** |
| **Hamblen County Trustee**<br>**511 West Second North Street**<br>**Morristown TN  37914** | **Hamblen County Trustee**<br>**511 West Second North Street**<br>**Morristown TN  37914** | | | **$79,829.00** |

Official Form 4
11/92

In re **Liberty Fibers Corporation** , Case No. _____

　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　Chapter **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or deptartment of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Jones Chemical, Inc.** **1500 Tar Heel Road** **Charlotte, NC 28287** | **Sheri Henderson** **704-392-9767** **Jones Chemical, Inc.** **1500 Tar Heel Road** **Charlotte, NC 28287** | **Trade Debt** | | **$77,737.46** |
| **Yale Carolinas, Inc.** **1605 Ninth Avenue** **Knoxville, TN 37917** | **Yale Carolinas, Inc.** **1605 Ninth Avenue** **Knoxville, TN 37917** | | | **$65,617.53** |
| **Remco, LLC** **Box 480, 73 Hall Road** **Alcoa, TN 37701** | **Remco, LLC** **Box 480, 73 Hall Road** **Alcoa, TN 37701** | | | **$59,350.26** |
| **Uniquema** **Concord Plaza Bedford Bldg** **3411 Silverside Road** **Wilmington DE 19850** | **Uniquema** **Concord Plaza Bedford Bldg** **3411 Silverside Road** **Wilmington DE 19850** | | | **$48,552.00** |
| **AFCO Insurance** **4501 College Blvd** **Suite 320** **Leawood KS 66211** | **AFCO Insurance** **4501 College Blvd** **Suite 320** **Leawood KS 66211** | | | **$48,265.79** |
| **Ware Energy, Inc.** **4009 Produce Road** **Louisville, KY 40232** | **Ware Energy, Inc.** **4009 Produce Road** **Louisville, KY 40232** | | | **$39,416.32** |

Official Form 4
11/92

In re **Liberty Fibers Corporation**                           ,     Case No. _____

                          Debtor                                           Chapter  **11**

# List Of Creditors Holding 20 Largest Unsecured Claims

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or deptartment of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| **Ovasco Industries**<br>**PO Box 504**<br>**Louisville KY  40201** | **Ovasco Industries**<br>**PO Box 504**<br>**Louisville KY  40201** | | | **$32,040.00** |
| **Motion Industries, Inc.**<br>**114 S. Sugar Hollow Road**<br>**Morristown, TN  37813** | **Motion Industries, Inc.**<br>**114 S. Sugar Hollow Road**<br>**Morristown, TN  37813** | | | **$31,992.08** |
| **S&ME Inc.**<br>**1413 Topside Road**<br>**Louisville TN  37777** | **S&ME Inc.**<br>**1413 Topside Road**<br>**Louisville TN  37777** | | | **$31,471.30** |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Craig Barker, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **9/29/2005**                    Signature:    **/s/ Craig Barker**

                                                                **Craig Barker ,President**
                                                                (Print Name and Title)