IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

IN RE:
LIBERTY FIBERS CORPORATION            Case No. 2:05-bk-53874
f/k/a SILVA ACQUISITION CORPORATION,      Chapter 11
      Debtor.

## NOTICE OF CONVERSION TO CHAPTER 7

Comes the debtor, by and through counsel, pursuant to 11 U.S.C. § 1112(a) and notifies the Court that it is converting its Chapter 11 case to a Chapter 7 case and would show the Court as follows:

1. Debtor is a debtor in possession.

2. This bankruptcy case was not originally commenced as an involuntary case.

3. This bankruptcy case has never been converted.

WHEREFORE, and for all of which, the debtor notifies the Court, creditors and parties in interest, that it is converting this case from a Chapter 11 case to a Chapter 7 case pursuant to 11 U.S.C. § 1112(a).

Respectfully submitted this 17th day of November, 2005.

                                             ___/s/ Robert M. Bailey_____
                                             Robert M. Bailey, BPR # 006588
                                             BAILEY, ROBERTS & BAILEY, P.L.L.C.
                                             P.O. Box 2189
                                             Knoxville, TN 37901
                                             (865) 546-3533
                                             Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Notice Of Conversion To Chapter 7 was sent to the persons on the attached list on this 17th day of November, 2005, by first class mail postage prepaid.

                                             ___/s/ Robert M. Bailey_____
                                             Robert M. Bailey

| | | |
|---|---|---|
| LaSalle Business Credit LLC<br>c/o Josef Athanas<br>233 S. Wacker Drive Suite 5800<br>Chicago, IL  60606 | LaSalle Business Credit LLC<br>c/o Caroline Reckler<br>233 S. Wacker Drive, Suite 5800<br>Chicago, IL  60606 | Dean B. Farmer<br>Hodges Doughty & Carson<br>P.O. Box 869<br>Knoxville, TN  37901 |
| Hills Fuel Company<br>c/o Martin Bailey<br>800 S. Gay Street, Suite 1801<br>Knoxville, TN  37929 | Lenzing Atkiengesellschaft<br>c/o Hugh Morgan<br>P.O. Box 629<br>Knoxville TN  37901 | B. Andrew Glenn<br>2021 Meadowview Lane<br>P.O. Box 88<br>Kingsport TN  37662-0088 |
| GE Fleet Services<br>C/o Martin J. Weiss<br>1735 Market Street, Suite 3200<br>Philadelphia, PA  19103 | Brent R. McIlwain<br>Patton Boggs LLP<br>2001 Ross Avenue, Suite 3000<br>Dallas TX  75201 | Norfalco, LLC<br>Douglas P. Codispoti<br>6050 Oak Tree Blvd, Suite 190<br>Independence OH  44131 |
| Graham H. Stieglitz<br>171 Seventeenth Street, NW<br>Suite 1100<br>Atlanta GA  30363 | Patricia Foster<br>Attorney for the U.S. Trustee<br>800 Market Street, Suite 114<br>Knoxville, TN 37902 | Helen C.T. Smith<br>Assistant U.S. Attorney<br>220 West Depot St., Suite 423<br>Greeneville, TN  37743 |
| Tennessee Dept. of Environment & Cons.<br>c/o TN Attorney General<br>Bankruptcy Unit<br>426 5th Avenue, 2nd Floor<br>Nashville, TN  37243-0489 | Tennessee Dept. of Revenue<br>c/o TN Attorney General<br>Bankruptcy Unit<br>426 5th Avenue, 2nd Floor<br>Nashville, TN  37243-0489 | Lewis Hollingsworth, LP<br>One Galleria Tower<br>13355 Noel Road Suite 1750<br>Dallas TX  75240 |
| Christoph Lange<br>Baker & Hostetler, LLP<br>666 Fifth Avenue 16th Floor<br>New York, NY  10103 | Robert R. Carl<br>Baker Donelson Bearman et al<br>P.O. Box 1792<br>Knoxville, TN  37901 | LaSalle Business Credit , LLC<br>135 South LaSalle Street<br>Chicago, Illinois 60603-4105<br>Attention: Mr. Richard Pierce |
| Kemang Incorporated<br>2711 Centerville Road<br>Suite 300 PMB 919<br>Wilmington DE  19808 | Lawrence A. James<br>Sales and Supply Consultants, LLC<br>7805 Scrapeskin Trail<br>Chattanooga, TN  37421 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA  19114 |
| Todd C. Meyers<br>Kilpatrick Stockton LLP<br>Suite 2800<br>1100 Peachtree Street<br>Atlanta, GA  30309-4530 | | |