**SO ORDERED.**

**SIGNED this 16 day of November, 2009.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.



_____
Marcia Phillips Parsons
UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT GREENEVILLE

In re

**LIBERTY FIBERS CORPORATION**  Case No. 2:05-bk-53874
**f/k/a SILVA ACQUISITION CORPORATION**  Chapter 7

    **Debtor**

### ORDER APPROVING MOTION OF MAURICE K. GUINN, TRUSTEE
### FOR LIBERTY FIBERS CORPORATION, TO COMPROMISE CLAIMS
### AGAINST LEWIS HOLLINGSWORTH LP

On October 22, 2009, the Trustee filed his Motion of Maurice K. Guinn, Trustee for Liberty Fibers Corporation, To Compromise Claims Against Lewis Hollingsworth LP, proposing to compromise all claims against Lewis Hollingsworth LP ("Lewis Hollingsworth"). Notice of the opportunity to object to the Motion was given by the attorney for the Trustee, pursuant to this Court's April 13, 2006 Order limiting notice, to the creditors who had filed claims in the case, the attorney for the U.S. Trustee, the U.S. Attorney for the Eastern District of Tennessee, and other parties who had served requests for notice. No objection was filed to the proposed

compromise. In the absence of any objection and based on the Trustee's representation the compromise is in the best interest of the estate, the Motion is GRANTED.

The Trustee may enter a Stipulation dismissing his Complaint in this Court against Lewis Hollingsworth (Adv. Proc. No. 07-05077) and a formal Settlement Agreement on the terms recited in the Motion To Compromise. Claim No. 204-2 filed by Lewis Hollingsworth is allowed as a $2,300,000.00 secured claim and a $2,750,000.00 unsecured claim. Within fifteen (15) days of the finality of this Order, the Trustee shall pay to Lewis Hollingsworth $2,300,000.00 in satisfaction of the allowed secured claim. The remaining terms of the settlement recited in the Motion to Compromise are incorporated herein by reference.

# # #

APPROVED FOR ENTRY:


*/s/ Maurice K. Guinn*
Maurice K. Guinn (BPR # 000366)
GENTRY, TIPTON & McLEMORE, P.C.
P.O. Box 1990
Knoxville, Tennessee 37901-1990
(865) 525-5300
Attorneys for Maurice K. Guinn, Trustee
  for Liberty Fibers Corporation


*MKG/bd:Pleadings – 5444 Order Compromise Lewis Hollingsworth 10-22-2009*